

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00170-CR

| | | |
|---|---|---|
| AMANDA MARIE RUTH WILLIAMS, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1845136) |
| V. | § | July 3, 2025 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
   Justice Brian Walker